USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
**PETRA AMARI,**

**Plaintiff,**

**-against-**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**
---------------------------------------------------------------X

**25-cv-009081 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties are directed to meet and confer to address Plaintiff's motion for an award of attorneys' fees and costs, ECF No. 19, in an effort to conserve judicial and attorney resources. By Monday, October 19, 2026, the government shall file either a stipulation regarding the motion, or an opposition to the plaintiff's motion. Any reply may be filed by Monday, November 2, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: New York, New York
September 24, 2026